1  WILLIAM J. CASEY (SBN 116531)
   ANDREW G. WANGER (SBN 166449)   cc: Fiscal Section
2  ERIC A. MOON (SBN 209260)
   WILLIAM NEWMARK (SBN 254889)
3  CLYDE & CO US LLP
   505 Montgomery Street, Tenth Floor
4  San Francisco, California 94111
   Telephone: (415) 365-9800
5  Facsimile: (415) 365-9801
   Email: bill.casey@clydeco.us
6         andrew.wanger@clydeco.us
          eric.moon@clydeco.us
7         william.newmark@clydeco.us

8  Attorneys for Defendants/Counterclaimants/Cross-Claimants
   CERTAIN LLOYD'S UNDERWRITERS,
9  SR INTERNATIONAL BUSINESS INSURANCE CO. LTD., and
   KEMPER ENVIRONMENTAL, LTD.
10

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

| | |
|---|---|
| 16  FLUOR AUSTRALIA PTY. LTD., an Australian corporation, | CASE NO. SACV04-1326 VAP (SGLx) |
| 17            Plaintiff, | **STIPULATION FOR RELEASE OF INTERPLEADED FUNDS** |
| 18       v. | |
| 19  ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, formerly known as Allianz Underwriters Insurance Company, a California Corporation; CERTAIN LLOYD'S UNDERWRITERS, a United Kingdom entity; SR INTERNATIONAL BUSINESS INSURANCE CO. LTD., a United Kingdom entity; and KEMPER ENVIRONMENTAL, LTD., an Illinois corporation, | |
| 25            Defendants. | |
| 26  AND RELATED CROSS-ACTIONS & COUNTER CLAIMS | |

27

28

1  Plaintiff FLUOR AUSTRALIA PTY. LTD ("Plaintiff"), Defendants,
2  Counterclaimants and Cross-claimants CERTAIN LLOYD'S UNDERWRITERS,
3  SR INTERNATIONAL, AND KEMPER ENVIRONMENTAL (Collectively, the
4  "Fifth Layer Insurers"), and Defendant ALLIANZ GLOBAL RISKS US
5  INSURANCE COMPANY ("Allianz"), hereby stipulate as follows:
6  WHEREAS, Plaintiff deposited $25,991.00 with this Court on December 3,
7  2004;
8  WHEREAS, this Court issued its ruling on August 15, 2005 on the parties'
9  cross-motions for summary judgment. The Court, in granting in part the Fifth
10 Layer Insurers motion, stated, "The Fifth Layer Insurers are entitled to all
11 subrogation recoveries by Fluor on a top-down basis . . ."
12 WHEREAS, the Ninth Circuit affirmed this Court's ruling on June 13, 2007;
13 WHEREAS, the parties are in agreement that the funds on deposit with this
14 Court, $25,991.00, should be distributed to the Fifth Layer Insurers along with any
15 accrued interest;
16 Plaintiff, Fifth Layer Insurers and Allianz, all hereby stipulate and agree that
17 the interpleaded funds on deposit with the Court in this matter, specifically, the
18 subrogation recovery funds in the amount of $25,991.00, be distributed to the Fifth
19 Layer Insurers, with interest.
20 IT IS SO STIPULATED.

STIPULATION FOR RELASE OF INTERPLEADED FUNDS
SACV04-1326 VAP

2

1  Dated: September__, 2008            Clyde & Co. US, LLP.

2
                                      By: _____
3                                         Andrew G. Wanger
                                          Attorneys for Fifth Layer Insurers
4

5  Dated: September__, 2008            Latham Watkins, LLP.

6
                                      By: _____
7                                         Brook B. Roberts
                                          Attorneys for Plaintiff
8

9
   Dated: September__, 2008            Denenberg Tuffley PLLC
10

11                                    By: _____
                                          Jeffrey R. Learned
12                                        Attorneys for Allianz

13

14                              **ORDER**

15

16      Good cause being shown, IT IS THEREFORE ORDERED THAT

17      The interpleaded funds on deposit with the Court in this matter, specifically,

18  the subrogation recovery funds in the amount of $25,991.00, hereby be distributed

19  to the Fifth Layer Insurers. This distribution is to include all incurred, he amount

20  of $_____, for a total amount of $_____.

21

22      IT IS SO ORDERED.

23

24                                         _/s/ Virginia A. Phillips_

25  DATED:  _September 22, 2008          _____
                                           United States District Judge
26

27

28

STIPULATION FOR RELASE OF INTERPLEADED FUNDS
SACV04-1326 VAP

3